IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TODD MCELROY,  )
 )
    Plaintiff,  )
 )
v.  )   CASE NO. CV421-232
 )
EEOC, Director,  )
 )
    Defendant.  )
 )

## O R D E R

Before the Court is the Magistrate Judge's August 20, 2021, Report and Recommendation (Doc. 7), to which Plaintiff has filed an objection (Doc. 8). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

Although unclear from the face of his Complaint, Plaintiff's claim appears to relate to a 2016 denial by the Equal Employment Opportunity Commission (EEOC) of an employment discrimination claim. (Doc. 1.) Plaintiff previously brought identical claims against the EEOC, this judicial district, and two federal judges, including the undersigned, which this Court dismissed as untimely and precluded by the immunity of the defendants. See McElroy v. United States Dist. Ct. for the S. Dist. of Ga., CV421-196, Doc. 5 (S.D. Ga. July 12, 2021), report and recommendation adopted, Doc. 9 (S.D. Ga. Aug. 5, 2021). The instant case retains the

deficiencies of its predecessor, which was resolved on its merits. As a result, the Magistrate Judge recommended that Plaintiff's complaint be dismissed as barred by res judicata. (Doc. 7.)

Plaintiff's objection does not address res judicata or the immunity of defendant, both of which provide independent grounds for dismissal. (See Doc. 8.) Instead, Plaintiff appears to challenge the Court's prior determination that his claims are untimely. (Id.) Even if his objections were meritorious – which they do not appear to be — they would not cure the other fatal flaws identified by the Magistrate Judge. Therefore, the Court **ADOPTS** the report and recommendation as its opinion in this case. (Doc. 7.) Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 9th day of September 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA